**DICKINSON WRIGHT PLLC**
1850 N. Central Avenue, Suite 1400
Phoenix, Arizona 85004
Tel. 602-220-4542
Fax: 602-244-1441
vorze@dickinsonwright.com

Victoria L. Orze (011413)
Ari M. Charlip (*pro hac vice*)
Jason P. Klingensmith (*pro hac vice*)
Samantha A. Murray (*pro hac vice*)
Attorneys for Defendant Seterus, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Eric Knutesen, on behalf of himself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Seterus, Inc.,<br><br>　　　　　Defendant. | No. CV-13-2224-PHX-LOA<br><br>**STIPULATION FOR ORDER OF DISMISSAL** |

　　　Plaintiff Eric Knutesen and Defendant Seterus, Inc., by and through their respective counsel, hereby stipulate and agree to the dismissal of this action without costs or attorney's fees to either party, and petition the Court to enter an order of dismissal with prejudice as to Plaintiff Eric Knutesen and without prejudice as to the putative class.

. . .

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED this  13th  day of June, 2014.

**DICKINSON WRIGHT PLLC**

By   */s/ Ari M. Charlip*
     Ari M. Charlip
     Attorney for Seterus, Inc.


**HYDE – SWIGART**

By   */s/ David J. McGlothlin*
     David J. McGlothlin
     Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of June, 2014, I electronically transmitted the attached document to the clerk's office using the cm/ecf system for filing and transmittal of a notice of electronic filing to the following cm/ecf registrants:

David J. Mcglothlin, Esq.
2633 East Endian School Road
Suite 460
Phoenix, Arizona 85016
*Attorney for plaintiff*

**By:** _____s/ Marsha E. Wood_____

LANSING 51516-108 492252v1

3