IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Eric Knutesen, on behalf of himself and all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>Seterus, Inc.,<br><br>　　　　　　　Defendant. | No. CV-13-2224-PHX-LOA<br><br>**ORDER** |

　　　　Plaintiff Eric Knutesen and Defendant Seterus, Inc., through their counsel, having entered into a Stipulation for Order of Dismissal to dismiss with prejudice all claims of Plaintiff Eric Knutesen only, but without prejudice of the putative class members, which the Court construes as a motion to dismiss, and good cause appearing,

　　　　**IT IS ORDERED** that the parties' Stipulation for Order of Dismissal doc. 35, is **GRANTED**. All claims in this action are hereby dismissed with prejudice as to Plaintiff Eric Knutesen only and without prejudice as to the putative class members, each named party shall bear his or its own costs or attorney's fees. The Clerk of Court is kindly directed to terminate this action.

　　　　Dated this 16th day of June, 2014.

　　　　　　　　　　　　　　　　　　　　　　_Lawrence O. Anderson_
　　　　　　　　　　　　　　　　　　　　　　Lawrence O. Anderson
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge